**Order entered June 13, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00429-CV

### IN THE INTEREST OF D.A.C., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-08946**

### ORDER

We **REINSTATE** this appeal which we abated to allow the trial court an opportunity to enter an amended decree of divorce in accordance with the parties' settlement agreement. On June 6, 2022, the parties filed a joint status report informing the Court that the trial court signed an amended divorce decree on May 25, 2022 and that a supplemental clerk's record containing a copy of the amended decree had been requested.

We note the supplemental record is necessary to dispose of the parties' pending agreed motion to dismiss the appeal based on settlement, and to date, it has not been filed. Accordingly, we **ORDER** Dallas County District Clerk Felicia

Pitre to file the supplemental clerk's record containing a copy of the amended decree no later than June 17, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/    KEN MOLBERG
JUSTICE